IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARION PHENEGER, | ) CASE NO. 1:12-CV-00830 |
| Plaintiff, | ) JUDGE PATRICIA A. GAUGHAN |
| vs. | ) **STIPULATION OF DISMISSAL** |
| FOCUS RECEIVABLES MANAGEMENT, LLC, | ) |
| Defendant. | ) |

Plaintiff Marion Pheneger and Defendant Focus Receivables Management, LLC, by their undersigned counsel hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), each party to assume its own costs and attorney's fees.

Respectfully submitted,

/s/ David W. Skall (per consent 6/4/12)
David W. Skall (0068740)
KAHN & ASSOCIATES, LLC
6200 Rockside Woods Boulevard, Suite 215
Cleveland, OH 44131
Phone 216-621-6101
Facsimile 216-621-6006
skall@kahnandassociates.com

Attorneys for Plaintiff

/s/ Tracey L. Turnbull
Tracey L. Turnbull (0066958)
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH  44115-1483
Phone 216-443-9000 / Facsimile 216-443-9011
tturnbull@porterwright.com

Attorneys for Defendant Focus Receivables Management, LLC

2

## CERTIFICATE OF SERVICE

       I hereby certify that on June 7, 2012 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

       /s/ *Tracey L. Turnbull*
       Tracey L. Turnbull
       PORTER WRIGHT MORRIS & ARTHUR LLP
       925 Euclid Avenue, Suite 1700
       Cleveland, OH 44115-1483
       Phone 216-443-9000 / Facsimile 216-443-9011
       tturnbull@porterwright.com
       [0066958]

CLEVELAND/414741v.1