IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| MARION PHENEGER, | ) | CASE NO. 1:12-CV-00830 |
|  | ) |  |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
|  | ) |  |
| vs. | ) | **STIPULATION OF DISMISSAL** |
|  | ) |  |
| FOCUS RECEIVABLES MANAGEMENT, LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

So Ordered.
/s/ Patricia A. Gaughan
6/8/12

Plaintiff Marion Pheneger and Defendant Focus Receivables Management, LLC, by their undersigned counsel hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), each party to assume its own costs and attorney's fees.

Respectfully submitted,

*/s/ David W. Skall (per consent 6/4/12)*
David W. Skall (0068740)
KAHN & ASSOCIATES, LLC
6200 Rockside Woods Boulevard, Suite 215
Cleveland, OH 44131
Phone 216-621-6101
Facsimile 216-621-6006
skall@kahnandassociates.com

Attorneys for Plaintiff

*/s/ Tracey L. Turnbull*
Tracey L. Turnbull (0066958)
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH 44115-1483
Phone 216-443-9000 / Facsimile 216-443-9011
tturnbull@porterwright.com

Attorneys for Defendant Focus Receivables Management, LLC